

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

October 29, 2025

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Law Office of Yuriy Prakhin, P.C., et al. v. Faruqi & Faruqi, LLP, et al.*,
            No. 1:25-cv-05911-CBA-SDE

Dear Judge Amon:

    I currently represent myself, Alex J. Hartzband, and Faruqi & Faruqi, LLP (together, "Defendants") in the above-referenced matter and respectfully request a 30-day extension of the deadline to respond to the Complaint, from November 4, 2025 to December 4, 2025.

    Half of the named defendants in this action have not yet been served, and it is unclear if they will ever be joined in this action. Defendants need the additional time to assess what parties will be included in the case so they can confer with one another and provide comprehensive arguments for their anticipated motion to dismiss. In the interim, Defendants intend to serve upon Plaintiffs a Rule 11 letter in the hopes that they will withdraw this action, thereby preserving resources and avoiding motion practice.

    Undersigned counsel emailed Plaintiffs' counsel to seek consent to this requested extension but received no response. This is Defendants' first request for an extension of this deadline.

    We thank the Court for its time and attention to this matter.

                            Respectfully submitted,

                            Innessa M. Huot

cc:    Counsel of Record (*via* ECF)

685 Third Avenue  New York, NY 10017  Phone: 212.983.9330  Fax: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com