AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Law Office of Yuriy Prakhin, P.C. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-05911-CBA-SDE |
| Faruqi & Faruqi, LLP et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Law Office of Yuriy Prakhin, P.C. and Yuriy Prakhin, as co-counsel to Andrew Lavoot Bluestone.

Date:   11/06/2025

*Attorney's signature*

Jason S. Matuskiewicz - 5331384
*Printed name and bar number*

1883 86th Street
Brooklyn, New York 11214

*Address*

jason@prakhinlaw.com
*E-mail address*

(718) 946-5099
*Telephone number*

(718) 808-1077
*FAX number*